UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20559-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**BRYAN DECASTRO**,

    Defendant.

_____/

## ORDER

THIS CAUSE came before the Court on Magistrate Judge Melissa Damian's Report and Recommendation on Change of Plea, entered on January 17, 2023 [ECF No. 27]. To date, no party has filed an objection. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 27]** is **AFFIRMED AND ADOPTED**, and Defendant, Bryan Decastro's change of plea is accepted.

**DONE AND ORDERED** in Miami, Florida, this 2nd day of February, 2023.

*[signature]*

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
       Magistrate Judge Melissa Damian